# UNITED STATES DISTRICT COURT
## District of Minnesota

Walter Acuna Cruz,

                      Petitioner,

v.

Peter B. Berg, Kristi Noem, Pamela Bondi,
Matthew Akerson, Todd Lyons,

                      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4376 PJS/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus [ECF No. 1] is DENIED WITHOUT PREJUDICE.

2. Petitioner's motions for a temporary restraining order [ECF Nos. 4, 9] are DENIED.

Date: 11/26/2025

KATE M. FOGARTY, CLERK