UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WALTER A.,                                          Case No. 25-CV-4376 (PJS/DLM)

               Petitioner,

v.                                                                        ORDER

PETER B. BERG, Director of St. Paul
Enforcement and Removal Operations,
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the
Department of Homeland Security;
PAMELA BONDI, Attorney General of
the United States; MATTHEW
AKERSON, Captain of the Kandiyohi
County Jail; and TODD LYONS, Acting
Director for United States Immigration
and Customs Enforcement, in their
official capacities,

               Respondents.

---

Stacey Rogers, SRR LAW GROUP LLC, for petitioner.

Ana H. Voss, UNITED STATES ATTORNEY'S OFFICE, for respondents Peter B. Berg, Kristi Noem, Pamela Bondi, and Todd Lyons.

Petitioner Walter A. is subject to an order of removal that became administratively final on November 13, 2025.  ECF No. 1 at 11.  He is in detention pursuant to 8 U.S.C. § 1231(a)(2), which mandates that persons subject to a final order of removal be detained during a 90-day removal period.  Walter A. brought this habeas

action to challenge his detention, contending that it is unlawful because there is no

significant likelihood of his removal in the reasonably foreseeable future. *See Zadvydas*

*v. Davis*, 533 U.S. 678, 701 (2001).  Specifically, Walter A. pointed to his status as a

Special Immigrant Juvenile and the accompanying grant of deferred action to establish

that he is not currently subject to removal and that therefore his continued detention is

unlawful. *See generally* ECF No. 1.

The Court dismissed his petition without prejudice, finding that, under

§ 1231(a)(2), detention is mandatory during the initial 90-day removal period regardless

of the likelihood of removal.  The Court nevertheless granted Walter A.'s motion for a

temporary stay of removal in order to allow his counsel an opportunity to file a new

action challenging his attempted removal, ECF No. 15, which counsel represented was

"imminent," ECF No. 12.

This matter is before the Court on Walter A.'s motion for an extension of the stay.

Having reviewed the motion, the Court finds good cause to extend the stay to

December 22, 2025.  No further extensions will be granted.  This case is closed and

judgment has been entered.  If petitioner wishes to forestall removal following the

expiration of the extended stay, he must file a new case establishing that he is not

removable and seek a temporary restraining order or preliminary injunction from the

judge to whom that case is assigned.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY

ORDERED THAT:

1.      Petitioner's emergency motion to extend stay [ECF No. 16] is GRANTED

        IN PART.

2.      Respondents and their officers, agents, servants, employees, and all others

        in active concert and participation with them are ENJOINED from

        removing petitioner from the United States from the date of this order

        through and including December 22, 2025.

Dated: December 10, 2025

_____
Patrick J. Schiltz, Chief Judge
United States District Court